# EXHIBIT "4"

```
                                                      Statement Period
                                                      From July    01, 2022
                                                      To   July    31, 2022
                                                      Page     1 of     2

                                                      PRIVATE CLIENT GROUP 821
                                                      97 BROADWAY
                                                      BROOKLYN, NY 11211


MOSHE GOLD OR                              8-821
RAIZY GOLD
26 HEYWARD ST
BROOKLYN NY  11249
                                                      See Back for Important Information


                                  Primary Account: XXXXXX8641          0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| XXXXXX8641 | SIGNATURE CHECKING | 25.46 | 1,003,519.86 |
| | RELATIONSHIP TOTAL | | 1,003,519.86 |

REDACTED

Statement Period  
From July 01, 2022  
To July 31, 2022  
Page 2 of 2

PRIVATE CLIENT GROUP 821  
97 BROADWAY  
BROOKLYN, NY 11211

MOSHE GOLD OR                8-821  
RAIZY GOLD  
26 HEYWARD ST  
BROOKLYN NY  11249

See Back for Important Information

Primary Account: XXXXXX8641        0

SIGNATURE CHECKING        XXXXXX8641

Summary

| | |
|---|---|
| Previous Balance as of July 01, 2022 | 25.46 |
| 1 Credits | 1,003,494.40 |
| Ending Balance as of July 31, 2022 | 1,003,519.86 |

**REDACTED**

Deposits and Other Credits

| | | |
|---|---|---|
| Jul 28 | INCOMING WIRE | 1,003,494.40 |
| | REF# 20220728B6B7261F00498607281540FT03 | |
| | FROM: JOHN HANCOCK LIFE INSURANCE COMPAN  ABA:  026009593 | |
| | BANK: | |
| | OBI:  INSURED HELENA GOLD POLICY ULI/0002 66242 MOSHE GOLD | |
| | OBI: | |
| | OBI: | |

Daily Balances

| | | | | |
|---|---|---|---|---|
| Jun 30 | 25.46 | | Jul 28 | 1,003,519.86 |

```
************************************************************************
*                       *   Total for This  *     Total            *
*                       *       Period      *   Year-to-date       *
************************************************************************
* Total Overdraft Fees      *            .00  *           25.00   *
************************************************************************
* Total Returned Item Fees  *            .00  *             .00   *
************************************************************************
```