**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BANK OF AMERICA, N.A.,

                Plaintiff,                          **ORDER**

          -against-                      **22-cv-9871 (JHR) (JW)**

CITY VIEW BLINDS OF N.Y. INC., *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of respondents City View Blinds of N.Y. Inc., Cosmopolitan Interior NY Corporation, JLM Decorating NYC Inc., Cosmopolitan Interior Florida Corp., Moshe Gold, and Raizy Gold (collectively, the "Respondents") letter motions at Dkt. Nos. 73 and 75 to compel respondent Signature Bank, by its successor in interest, Flagstar Bank, N.A. ("Flagstar") to respond to interrogatories and discovery demands. Dkt. No. 73 and 75.

      Per this Court's Individual Practices Section II(A), Flagstar was permitted to respond to Respondents' letter within 3 business days. Respondents' initial letter request was filed on October 27, 2023. Dkt. No. 73. To date, no responsive letter has been filed. The Court will treat Respondents' request as unopposed. Respondents' request is GRANTED. Flagstar is directed to respond to the interrogatories and document demands by no later than **November 15, 2023**.

      The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 73 and 75.

SO ORDERED.

DATED:   New York, New York
         November 8, 2023

                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge