**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BANK OF AMERICA, N.A.,

                     Petitioner,              **ORDER**

        -against-                    **22-cv-9871 (JHR) (JW)**

CITY VIEW BLINDS OF N.Y. INC., *et al.*,

                    Respondents.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Petitioner's request to reschedule the January 10th conference. Dkt. No. 83. The Conference is RESCHEDULED to **January 4, 2024 at 11:30am** in Courtroom 228. The joint status update letter is due by **January 2, 2024**.

      SO ORDERED.

DATED:    New York, New York
               December 20, 2023

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge