UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BANK OF AMERICA, N.A.,

                      Petitioner,                      **ORDER**

      -against-                      **22-cv-9871 (JHR) (JW)**

CITY VIEW BLINDS OF N.Y. INC., *et al.*,

                      Respondents.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in a discovery conference on January 4, 2024. This Court ordered that Respondent Signature Bank, by its successor in interest, Flagstar Bank, N.A. ("Flagstar") produce email communications by **January 10, 2024**. Flagstar was also directed to file a status letter to the Court by **4:00pm on January 10, 2024** advising the Court as to whether such production has been made. Further, as stated on the record, the Court expects that depositions will proceed on January 10th and 11th as scheduled.

      The Parties are directed to order a copy of the transcript of the conference and provide a copy to the Court via email at: WillisNYSDChambers@nysd.uscourts.gov.

**The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 80.**

      SO ORDERED.

DATED:    New York, New York
                January 5, 2024

                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge