## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

BANK OF AMERICA, N.A.,

                        Plaintiff,                      22 **CIVIL** 9871 (LTS)(JW)

      -against-                                     **<u>JUDGMENT</u>**

CITY VIEW BLINDS OF N.Y. INC., COSMOPOLITAN
INTERIOR NY CORPORATION, JLM DECORATING
NYC INC., COSMOPOLITAN INTERIOR FLORIDA
CORP., MOSHE GOLD, SIGNATURE BANK, AND
RAIZY GOLD.

                        Defendants.

-----------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 29, 2025, Petitioner BofA's motion for summary judgment is GRANTED in its entirety, and Respondents' motion for summary judgment is DENIED in its entirety. The Court directs Flagstar Bank, N.A., as successor-in-interest to Respondent Signature Bank, to turn over to Petitioner Bank of America, N.A. all of the funds held in the accounts ending in 8439, 2457, 2552, 4904, 4052, 5667, 8641, 8032, and 2879. Judgment is entered in favor of Petitioner BofA; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                   **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                      **BY:**

                                                   **Deputy Clerk**